# Court of Appeals
# of the State of Georgia

ATLANTA, December 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0921. RANDY L. WALKER et al. v. FIRST COAST LOGISTICS OF JACKSONVILLE, INC. et al.**

The Appellant in the above styled case has filed a Motion For Permission To Withdraw Appeal. Pursuant to Court Rule 41(g), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*